JEFF BRAUER ESQ.
Nevada Bar No. 13834
3333 E. Serene Ave. #150
BRAUER, DRISCOLL, SUN AND ASSOCIATES LLC
Henderson, Nevada 89074
Telephone: (702) 989-3213
Fax: (206) 333-0986
Email: jeff.brauer@brauerdriscoll.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST, 2006-OC8, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006OC8, a national bank,<br><br>       Plaintiff,<br><br>vs.<br><br>SUNRISE BAY OWNERS' ASSOCIATION, a Nevada corporation; LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC, a Nevada limited liability company, MICHAEL CLAUSELL, JR., an individual, KEREKIA CLAUSELL, and individual,<br><br>      Defendants. | Case No.: 2:17-cv-02352-JAD-CWH<br><br><br>**STIPULATION AND ORDER TO STAY CASE PENDING CONCLUSION OF SETTLEMENT NEGOTIATIONS**<br><br>ECF No. 30 |

      Defendant LV Real Estate Strategic Investment Group, LLC (hereinafter "LV Real Estate") and Plaintiff The Bank Of New York Mellon Fka The Bank Of New York, As Trustee For The Certificateholders Of Cwalt, Inc.,. (hereinafter "Bank of New York"), (collectively, the

"Parties"), by and through their respective counsel of record, hereby submit the following Stipulation and Order to stay this litigation.

WHEREAS, the parties are engaged in settlement negotiations and seek to reduce litigation fees and costs and conserve both the parties' and the Court's time and resources pending a potential global resolution of this action.

WHEREAS, the Parties further stipulate and agree that no Party that is claiming an interest in 2110 N Los Feliz St 1047, Las Vegas, Nevada 89516 (the "**Property**"), shall transfer or attempt to transfer such claimed interest in the Property during the pendency of this stay.

WHEREAS, the parties agree to stay this action in its entirety pending the conclusion of settlement negotiations.

WHEREFORE, based upon the foregoing, the stay may be lifted by stipulation of the parties or by motion.

///
///
///
///
///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

DATED: January 16, 2018.

ZIEVE, BRODNAX & STEELE, LLP

/s/ Shadd Wade

_____

Shadd A. Wade , Esq.
Nevada Bar No. 11310
3753 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
*Attorney for Plaintiff Bank Of New York Mellon*


BRAUER, DRISCOLL, SUN AND ASSOCIATES, LLC

/s/ Jeff Brauer

_____

Jeff Brauer, Esq.
Nevada Bar No. 13834
3333 E. Serene Ave. #150
Henderson, Nevada 89074
*Attorneys for Defendant LV Real Estate Strategic Investment Group LLC*

<u>ORDER</u>

Based on the parties' stipulation [ECF No. 30] and good cause appearing, IT IS HEREBY
ORDERED that this action is STAYED until the conclusion of settlement negotiations.
Once those negotiations have concluded, any party may move to lift this stay.

_____
U.S. District Judge Jennifer A. Dorsey
January 16, 2018

3