MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
The Law Office of Mike Beede, PLLC
2470 St. Rose Pkwy., Ste. 307
Henderson, NV 89074
Phone: 702-473-8406
eservice@legallv.com
*Attorney for Defendant LV Real Estate Strategic Investment Group LLC, Series 2110*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST, 2006-OC8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC8, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE BAY OWNERS' ASSOCIATION, a Nevada corporation; LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 2110, a Nevada limited liability company, MICHAEL CLAUSELL, JR., an individual, KEREKIA CLAUSELL, and individual,<br><br>Defendants. | Case No.: 2:17-cv-02352-JAD-CWH<br><br><br>**STIPULATION AND ORDER TO EXTEND LV REAL ESTATE STRATEGIC INVESTMENT GROUP'S TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT [ECF. 44]** |

Defendant LV Real Estate Strategic Investment Group LLC, Series 2110 (hereafter, "Defendant" or "LV RE"), by and through its attorneys of record, Michael N. Beede, Esq. and James W. Fox, Esq., of The Law Office of Mike Beede, and Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST, 2006-OC8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC8, a national bank, (hereinafter

1

"Plaintiff" or "BNYM") by and through its counsel J. Stephen Dolembo, Esq. and Shadd A. Wade, Esq. of Zieve, Brodnax & Steele, LLP hereby stipulate to extend the time for LV RE to Respond to BNYM's Motion for Summary Judgment [ECF 44] by two weeks.

The parties agree that good cause exists for this extension. Defendant LV RE needs additional time to evaluate new authority including but not limited to *Bank of America v. Thomas Jessup LLC* 135 Nev. Adv. Opp. 7 (March 7, 2019). The parties agree that good cause supports an extension and the extension is not for purposes of delay or any other bad faith purpose.

The new deadline for the response shall be May 9, 2019.

IT IS SO STIPULATED.

DATED this 30th day of April, 2019.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By:*/s/ James W. Fox*
   MICHAEL BEEDE, ESQ.
   Nevada Bar No. 13068
   JAMES W. FOX, ESQ.
   Nevada Bar No. 13122
   2470 St. Rose Pkwy, Suite 307
   Henderson, NV 89074
   T: 702-473-8406
   *Attorneys for Defendant, LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 2110*

DATED this 30th day of April, 2019.

ZIEVE, BRODNAX & STEELE, LLP

By:*/s/ J. Stephen Dolembo*
   SHADD A. WADE, ESQ.
   Nevada Bar No. 11310
   J. STEPHEN DOLEMBO, ESQ.
   Nevada Bar No. 9795
   9435 West Russell Road, Suite 120
   Las Vegas, NV 89148
   T: 702-948-8565
   *Attorneys for Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST, 2006-OC8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC8*

**Case Name:** BNYM v. Sunrise Bay, et al.
**Case Number:** 2:17-cv-02352-JAD-CWH

## ORDER

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the time for LV RE to Respond to BNYM's Motion for Summary Judgment [ECF 44] be extended by two weeks. The new deadline for the response shall be May 9, 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 30, 2019.

Submitted by:
THE LAW OFFICE OF MIKE BEEDE, PLLC

By:*/s/ James W. Fox*
   MICHAEL BEEDE, ESQ.
   Nevada Bar No. 13068
   JAMES W. FOX, ESQ.
   Nevada Bar No. 13122
   2470 St. Rose Pkwy, Suite 307
   Henderson, NV 89074
   T: 702-473-8406
   *Attorneys for Defendant, LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 2110*