WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
alancaster@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust, 20006-OC8, Mortgage Pass-Through Certificates, Series 2006-OC8*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST, 2006-OC8, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-OC8, a national bank, <br><br> Plaintiff, <br><br> vs. <br><br> SUNRISE BAY OWNERS' ASSOCIATION, a Nevada corporation; LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 2110, a Nevada limited liability company, MICHAEL CLAUSELL, JR., an individual, KEREKIA CLAUSELL, and individual, <br><br> Defendants. | Case No.: 2:17-cv-02352-JAD-CWH <br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO LV REAL ESTATE STRATEGIC INVESTMENT GROUP, LLC, SERIES 2110'S MOTION TO STAY FORECLOSURE PENDING APPEAL AND FIX BOND** <br><br> ECF No. 64 |

Plaintiff, Plaintiff, The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust, 20006-OC8, Mortgage Pass-Through Certificates, Series 2006-OC8 ("Plaintiff"), and Defendant, LV Real Estate Strategic Investment Group LLC Series 2110 ("Defendant") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On July 1, 2019, Judgment was entered in favor of Plaintiff [ECF No. 54]. Defendant filed its Notice of Appeal on July 31, 2019 [ECF No. 57]. Defendant filed and served its Motion to Stay Foreclosure Pending Appeal and Fix Bond on October 21, 2019 [ECF No. 63] (the "Motion"). Based on the service date of the Motion, the deadline to file written opposition to the Motion was originally November 4, 2019, under LR 7-2(b). The Parties have discussed extending the deadline for Plaintiff to respond to the Motion.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Plaintiff to file its Opposition to Defendant's Motion to November 12, 2019.

This is the first stipulation for extension of time for Plaintiff to file its Opposition to Defendant's Motion. The parties request this extension in order to continue discussing possible resolution. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 8th day of November, 2019.

| WRIGHT, FINLAY & ZAK, LLP | THE LAW OFFICE OF MIKE BEEDE, PLLC |
|---|---|
| /s/ Aaron D. Lancaster | /s/ Michael Beede |
| R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313<br>Aaron D. Lancaster, Esq.<br>Nevada Bar No. 10115<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust, 20006-OC8, Mortgage Pass-Through Certificates, Series 2006-OC8* | Michael Beede, Esq.<br>Nevada Bar No. 13068<br>James W. Fox, Esq.<br>Nevada Bar No. 13122<br>2470 St. Rose Pkwy., Ste. 307<br>Henderson, NV 89074<br>*Attorney for Defendant LV Real Estate Strategic Investment Group LLC, Series 2110* |

## ORDER

Based on the parties' joint motion [ECF No. 64] and good cause appearing, IT IS HEREBY ORDERED that the deadline for plaintiff to respond to the motion to stay is extended to November 12, 2019, nunc pro tunc, making the response filed that day [ECF No. 65] timely.

_____
U.S. District Court Judge  12-26-19